AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 22, 2026**

SEAN F. McAVOY, CLERK

|  |  |  |
|---|---|---|
| SHAUN STEPHEN MURRELL, | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:26-CV-0078-TOR |
| | ) | |
| DEPARTMENT OF THE NAVY, BUREAU OF THE FISCAL SERVICE, US SECRET SERVICE | ) | |
| _____ | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Plaintiff's Case (ECF No. 1) is DISMISSED in its entirety.
All pending motions are DENIED as moot.
Judgment of Dismissal is entered.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge     THOMAS O. RICE _____

Date:   05/22/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*